UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSAL MANAGEMENT SERVICES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES CIPOLETTI,<br><br>Defendant. | 2:23-CV-10201-TGB<br><br>**ORDER REGARDING CLERK'S ENTRY OF DEFAULT**<br><br>HONORABLE TERRENCE G. BERG |

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested **on or before June 27, 2023.** At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

SO ORDERED.

DATED this 20th day of June, 2023.

                        BY THE COURT:

                        /s/Terrence G. Berg
                        TERRENCE G. BERG
                        United States District Judge