UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNIVERSAL MANAGEMENT SERVICES, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHARLES CIPOLETTI,**<br><br>Defendant. | 2:23-CV-10201-TGB-APP<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (ECF NO. 9)** |

The Court held a hearing in this matter on August 24, 2023. Plaintiff Universal Management Services, Inc. appeared through counsel of record, and Defendant Charles Cipoletti represented himself.

Defendant indicated to the Court that he is in the process of retaining an attorney and preparing a response to the complaint. Accordingly, for the reasons stated on the record, and consistent with Court's long-standing preference for resolving claims on their merits, *see Berthelsen v. Kane*, 907 F.2d 617, 620 (6th Cir. 1990), Plaintiff's Motion for Entry of a Default Judgment (ECF No. 9) is **DENIED.**

**IT IS ORDERED** that, if Defendant retains counsel, counsel must enter an appearance in this case by **September 1, 2023**. If Defendant chooses to represent himself, Defendant must file a response to the complaint by **September 8, 2023**. Should Defendant fail to file a response by that date, Plaintiffs are authorized to file a renewed motion for entry of a default judgment.

**IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of this order to Defendant's last known email address.

**SO ORDERED** this 24th day of August, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge